DOWNEY BRAND LLP
JENNIFER RANDLETT MADDEN (Bar No. 184905)
SHAYE SCHRICK (Bar No. 238354)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
jmadden@downeybrand.com
sschrick@downeybrand.com

Attorneys for Defendant
J & J MAINTENANCE, INC. dba
J&J WORLDWIDE SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BAKER,<br><br>             Plaintiff,<br><br>      v.<br><br>J&J MAINTENANCE, INC. dba J&J WORLDWIDE SERVICES,<br><br>             Defendant. | Case No.  2:12-CV-02187 WBS KJN<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING THE STATUS (PRETRIAL SCHEDULING) ORDER AND EXTENDING THE DISCOVERY DEADLINE FOR EXPERT WITNESS DEPOSITIONS** |

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Rule 144 and the Court's December 5, 2012 Status (Pretrial Scheduling) Order (the "Scheduling Order"),[1] the parties to this action hereby stipulate and jointly request that this Court modify the Scheduling Order by extending the discovery deadline for expert witness depositions to January 31, 2014.

Pursuant the Scheduling Order, the current discovery deadline for this case is December 13, 2013.  The parties jointly and respectfully request that the Court extend the discovery deadline to January 31, 2014 to allow for expert witness depositions.  No party will be prejudiced by this request and this request will not affect any other pre-trial deadlines.  The final pretrial conference is scheduled for February 18, 2014.  The trial for this case is scheduled to begin April 8, 2014.

---

[1] The Scheduling Order provides that "any requests to modify the dates or terms of [the] Scheduling Order, except requests to change the date of the trial, may be heard and decided by the assigned Magistrate Judge."  (*See* Status (Pretrial Scheduling) Order § IX (Dec. 5, 2012).)

1344142.1                                                          1

Good cause exists for the Court to grant the parties' request, and the extension is further supported by this stipulation. Discovery in this case closes on December 13, 2013. On October 4, 2013, the parties exchanged expert witness disclosures. On October 29, 2013, Plaintiff's counsel served a notice of unavailability, indicating he is unavailable between November 23, 2013 and December 8, 2013. Thereafter, the parties initiated good faith discussions regarding mediation. The parties are hopeful they will participate in mediation in November or early December 2013. As a result, the parties seek to postpone these depositions until after mediation. Due to the Thanksgiving holiday, Plaintiff's counsel's unavailability, and limited availability of the expert witnesses, the parties require additional time for mediation and to conduct expert witness depositions. Accordingly, the parties stipulate and jointly request that the discovery deadline be extended to January 31, 2014 for purposes of taking expert witness depositions.

DATED: November 1, 2013        DOWNEY BRAND LLP

                               By:   /s/ Jennifer Randlett Madden
                                     JENNIFER RANDLETT MADDEN
                                     Attorney for Defendant
                                     J & J MAINTENANCE, INC. dba
                                     J&J WORLDWIDE SERVICES

DATED: October 31, 2013        LAW OFFICE OF RICHARD M. ROGERS

                               By:   /s/ Richard M. Rogers (as authorized on
                                     October 31, 2013)
                                     RICHARD M. ROGERS
                                     Attorney for Plaintiff
                                     JAMES BAKER

# [PROPOSED] ORDER

This matter comes before the Court on the parties' Stipulation and [Proposed] Order Modifying the December 5, 2012 Status (Pretrial Scheduling) Order and Extending the Discovery Deadline for Expert Witness Depositions. Having considered the papers filed in support of the modification, and for good cause shown,

IT IS HEREBY ORDERED that the December 5, 2012 Status (Pretrial Scheduling) Order is modified to extend the discovery deadline for purposes of taking expert witness depositions only from December 13, 2013 to January 31, 2014.

IT IS SO ORDERED.

Dated: November 4, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE