1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@yahoo.com

5  Attorneys for Plaintiff
   **JAMES BAKER**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BAKER, | **Case No.: 2:12−CV−02187−WBS−KJN** |
| Plaintiff, | Case filed:    08/22/12 |
| | Trial date:    04/08/14 |
| v. | |
| J&J MAINTENANCE, INC. DBA J&J WORLDWIDE SERVICES, | **STIPULATION TO DISMISSAL; [PROPOSED] ORDER** |
| Defendant. | |

///
///
///
///
///
///
///
///
///

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

DATED: December 10, 2012        LAW OFFICE OF RICHARD M. ROGERS

By: /s/ Richard M. Rogers
RICHARD M. ROGERS
Attorney for Plaintiff
JAMES BAKER

DATED: December 12, 2012        DOWNEY BRAND LLP

By: /s/ Jennifer Randlett Madden
JENNIFER RANDLETT MADDEN
Attorney for Defendant
J & J MAINTENANCE, INC. dba
J&J WORLDWIDE SERVICES

**IT IS SO ORDERED.**

Dated:   December 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE